**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Constance Barton,** | : |
| | : |
| | : **Civil Action No.: 3:10-cv-01468** |
| **Plaintiff,** | : |
| **v.** | : |
| | : |
| **FMS, Inc.; and DOES 1-10, inclusive,** | : |
| | : |
| **Defendant.** | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
<u>**PURSUANT TO RULE 41(a)**</u>

Constance Barton ("Plaintiff"), by Plaintiff's without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: December 7, 2010**

                                                **Respectfully submitted,**

                                                **PLAINTIFF, Constance Barton**

                                                <u>**/s/ Sergei Lemberg**</u>

                                                **Sergei Lemberg, Esq.**
                                                **LEMBERG & ASSOCIATES L.L.C.**
                                                **1100 Summer Street, 3rd Floor**
                                                **Stamford, CT 06905**
                                                **Telephone: (203) 653-2250**
                                                **Facsimile:  (877) 795-3666**
                                                slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg